ANNA CURCILLO et al., Respondents, *v.* CITY OF YONKERS, Appellant.

Submitted April 7, 1947; decided April 17, 1947.

*John H. Galloway, Jr., Corporation Counsel (John Preston Phillips* of counsel), for motion.

*Frank J. Hand* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, unless within fifteen days all papers required by rule 21 (subd. b) of the Rules of the Court of Appeals are filed.